control of the assets of the bankrupt estate. This court has no such jurisdiction in bankruptcy matters. 11 U.S.C.A. § 47. The motions are dismissed.

## BEECHER v. FEDERAL LAND BANK OF SPOKANE, WASH., et al.

### No. 10391.

Circuit Court of Appeals, Ninth Circuit.

Dec. 30, 1944.

## BEECHER v. FEDERAL LAND BANK OF SPOKANE, WASH., et al.

### No. 10391.

Circuit Court of Appeals, Ninth Circuit.

Dec. 30, 1944.

See also 146 F.2d 934.

Charles A. Christin, of San Francisco, Cal., for appellant.

Henry R. Newton, of Spokane, Wash., for appellee Federal Land Bank of Spokane.

C. D. Randall, of Spokane, Wash., and Herman Howe, of Seattle, Wash., for appellee, Leavenworth State Bank.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Appellant farmer debtor and two secured creditors moved this court, as a court of original jurisdiction in bankruptcy, for the return to appellant of the possession and